# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

No. 1D18-4498

—————————————————

SEAN P. REILLY,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

—————————————————

Petition for Writ of Habeas Corpus—Original Jurisdiction.

October 31, 2019

PER CURIAM.

    DISMISSED. *See* Fla. R. App. P. 9.141(d)(5), (d)(6)(C).

OSTERHAUS, BILBREY, and M.K. THOMAS, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Sean P. Reilly, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.